### 5487. STRICKLAND v. THE STATE.

WADE, J. 1. One charged with using obscene and vulgar or profane language in the presence of a female, who heard it, can not successfully defend on the ground that he was unaware of her presence, when it appears that he was in plain view of her, and only a few feet distant from her, and there was nothing to prevent his seeing her at the time the language was used. *Parks* v. *State*, 110 *Ga.* 761 (36 S. E. 73).

2. Newly discovered evidence which merely seeks to discredit the testimony of a witness will not require the grant of a new trial. *Hunt* v. *State*, 81 *Ga.* 143 (5) (7 S. E. 142); *Hardy* v. *State*, 117 *Ga.* 41 (2) (43 S. E. 434); *Corley* v. *State*, 87 *Ga.* 332 (13 S. E. 556).

3. The evidence amply sustained the verdict, and the judgment of the court below, overruling the motion for a new trial, is affirmed.

       *Judgment affirmed. Roan, J., absent.*

DECIDED APRIL 18, 1914.

Accusation of misdemeanor; from city court of Blackshear—Judge Mitchell.   January 8, 1914.

*Thomas & Gibbs,* for plaintiff in error.

*S. F. Memory, solicitor,* contra.